IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANDALL McTIER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:05-CV-607-B |
| | ) |
| ELI LILLY AND COMPANY; | ) |
| DAVID LARRAINE; | ) |
| MICHAEL W. JONES, | ) |
| | ) |
| Defendants. | |

**DEFENDANT ELI LILLY AND COMPANY'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Eli Lilly and Company, pursuant to Rule 7.1, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

                                                  s/ James C. Barton, Jr.                      .
                                                  James C. Barton, Jr.
                                                  Bar Number: ASB-0237-B51J
                                                  Email: jb2@jbpp.com

                                                  s/ Alan D. Mathis                                .
                                                  Alan D. Mathis
                                                  Bar Number: ASB-8922-A59M
                                                  Email: adm@jbpp.com

                                                  Attorneys for Defendant
                                                  Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:    (205) 458-9400
Facsimile:     (205) 458-9500

      **OF COUNSEL**

2

**CERTIFICATE OF SERVICE**

       I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on June 27, 2005, using the CM/ECF system, which will send notification of such filing to the following:

       Lee Hamilton
       Landis Sexton
       HAMILTON SEXTON & BERRY, LLC
       P.O. Box 240609
       Montgomery, AL  361424-0609

       s/ Alan D. Mathis                              .
       Of Counsel

W0515745.DOC

2