IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| DANDALL McTIER, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 05-607 |
| ELI LILLY AND COMPANY;<br>DAVID LARRAINE;<br>MICHAEL W. JONES, | ) |
| Defendants. | ) |

RECEIVED
2005 JUN 24 P 2: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## CERTIFICATE OF REMOVAL

Defendant Eli Lilly and Company hereby certifies that on this the 24th day of June 2005, the above-styled action was removed to this Court, and that on this same date a copy of the Notice of Removal was forwarded to the Clerk of the Circuit Court for Montgomery County, Alabama, for filing therein.

Date:   June 24, 2005.

/s/ James C. Barton, Jr.
James C. Barton, Jr.
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2618
(205) 458-9400
(205) 458-9500 (fax)

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Removal was served by first class mail, postage prepaid, on this 24th day of June 2005 upon the following:

>Lee Hamilton
>Landis Sexton
>HAMILTON SEXTON & BERRY, LLC
>P.O. Box 240609
>Montgomery, AL  361424-0609

_____
OF COUNSEL