AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

DANDALL McTIER, JR.,

**SUMMONS IN A CIVIL ACTION**

V.

ELI LILLY AND COMPANY, et al.

CASE NUMBER: 02:05-CV-607-B

TO: (Name and address of Defendant)

Michael W. Jones
1948 Parkview Drive
Montgomery, AL 36117-6996

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicola T. Drake
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                July 12, 2005
CLERK                                            DATE

_(signature)_
(By) DEPUTY CLERK