AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

DANDALL McTIER, JR.,

V.

ELI LILLY AND COMPANY, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 02:05-CV-607-B

TO: (Name and address of Defendant)

Michael W. Jones
1948 Parkview Drive
Montgomery, AL 36117-6996

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicola T. Drake
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                           July 12, 2005
CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7-12-05 |
| NAME OF SERVER (PRINT) R P Williamson | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MRS. MICHAEL JONES

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-12-05
　　　　　　　Date

Signature of Server: RP Williamson

2323 2ND AVE. N.
BIRMINGHAM, AL 35207
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.