IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANDALL McTIER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 2:05-CV-607-B |
| ELI LILLY AND COMPANY;<br>DAVID LARRAINE;<br>MICHAEL W. JONES, | ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION FOR STAY

Plaintiff Dandall McTier, Jr. and defendant Eli Lilly and Company move this Court to stay all proceedings in this action pending its transfer to *In re Zyprexa Products Liab. Litig.* (MDL-1596), the MDL proceeding that has been established in the Eastern District of New York to coordinate product liability cases involving Zyprexa®.

A conditional transfer order for this action was issued by the Judicial Panel on Multidistrict Litigation on July 21, 2005, requiring that any notice of opposition to transfer be filed on or before August 5, 2005. (*See* Conditional Transfer Order attached hereto as Exhibit A). Plaintiff does not plan to oppose this transfer order. Accordingly, the case will be transferred to the Eastern District of New York shortly after August 5, 2005.

Pending the transfer of this case, a stay of all proceedings, including the parties' obligations under Rule 26, is necessary and appropriate to achieve the judicial economies that underlie Section 1407. Therefore, the parties respectfully request that such a stay be issued.

Date: August 3, 2005.

-2-

/s/ Russell Jackson Drake
Russell Jackson Drake
One of the attorneys for
Plaintiff Dandall McTier, Jr.

Lee Hamilton
Landis Sexton
HAMILTON SEXTON & BERRY, LLC
P.O. Box 240609
Montgomery, Alabama 361424-0609
(334) 396-5719

Russell Jackson Drake
Andrew C. Allen
W. Todd Harvey
WHATLEY DRAKE, L.L.C.
2323 Second Avenue North
P.O. Box 10647
Birmingham, Alabama 35202-0647
(205) 328-9576

**OF COUNSEL**

-3-

                                                              /s/ Alan D. Mathis
                                                              Alan D. Mathis
                                                              One of the attorneys for
                                                              Defendant Eli Lilly and Company

James C. Barton, Jr.
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 458-9400

Nina M. Gussack
Barry H. Boise
Marlene S. Gomez
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000

        **OF COUNSEL**

W0520299.DOC