IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANDALL McTIER, JR.,            )<br>                               )<br>    Plaintiff,               )<br>                               )<br>    v.                         )<br>                               )<br>ELI LILLY AND COMPANY,         )<br>et al.,                        )<br>                               )<br>    Defendants.                ) | CIVIL ACTION NO.<br>   2:05cv607-T |

ORDER

It is ORDERED that the joint motion for stay (Doc. No. 10) is granted and this cause is stayed pending MDL transfer.

DONE, this the 9th day of August, 2005.

                                             **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**